■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THEODORE R. BARNES, Appellant.— Motion for leave to appeal as a poor person denied on the ground that the papers submitted show, as matter of law, that there is no merit in the appeal. Nolan, P. J., Beldock, Ughetta, Christ and Pette, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WALTER BREWINGTON, Appellant.— Motion for leave to appeal as a poor person and for assignment of counsel on appeal from order denying appellant's application to be resentenced. Motion denied on the ground that the order is not appealable and on the further ground that the papers submitted show, as matter of law, a lack of merit in the appeal. Beldock, Acting P. J., Christ, Pette and Brennan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v. JOHN VINCENT CAROTHERS, Defendant.— Motion for removal of a criminal action from the County Court of Orange County to a term of the Supreme Court in another county (Code Crim. Pro., § 344, subd. 2; § 346), or, in the alternative, for a stay of trial, denied. Nolan, P. J., Beldock, Ughetta, Christ and Pette, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. KENNETH JAMES, Appellant.— Motion to enlarge time granted; appellant to perfect the appeal for the November 1960 Term; appeal ordered to be placed on the calendar for November 7, 1960. Nolan, P. J., Beldock, Ughetta, Christ and Pette, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GERARD J. LUCKE, Appellant.— Motion to enlarge time granted; appellant to perfect the appeal for the December Term; appeal ordered to be placed on the calendar for December 5, 1960. This disposition is without prejudice to the right of the District Attorney, if so advised, to move on affidavits to dismiss the appeal on the ground that the notice of appeal was untimely. Nolan, P. J., Beldock, Ughetta, Christ and Pette, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SAMUEL J. MACON, Appellant.— On the court's own motion, the decision handed down May 9, 1960 (10 A D 2d 953) is amended by striking out the designation of counsel and by substituting therefor John Dunaif, Esq., 66 Court St., Brooklyn, N. Y., as counsel to prosecute the appeal. Nolan, P. J., Beldock, Ughetta, Christ and Pette, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v. ROBERT F. MARSHALL, Defendant.— Motion to direct the County Clerk of Westchester County to deliver to defendant, without charge, a certified copy of the records and proceedings in connection with the judgment of conviction rendered against him. Motion denied. Nolan, P. J., Beldock, Ughetta, Christ and Pette, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN A. NEARY, Appellant.— Motion to dismiss appeal granted by default and appeal dismissed. Nolan, P. J., Beldock, Ughetta, Christ and Pette, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WARREN J. PRIESTER, Appellant.— Motion for reconsideration of motion decided April 27, 1960, which denied a motion to vacate an order dated September 19, 1949, dismissing the appeal herein, denied. Nolan, P. J., Beldock, Ughetta, Christ and Pette, JJ., concur.